UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA         :

      - v -                                  :        <u>AFFIRMATION</u>

CHRISTINA GREEN,                         :        16 Mag. 1641

                  Defendant.    :
------------------------------------------------------------x

STATE OF NEW YORK                )
COUNTY OF WESTCHESTER            : ss.:
SOUTHERN DISTRICT OF NEW YORK    )

      Maurene Comey, under penalty of perjury, hereby affirms as follows:

      1. I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for a sixth order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

      2. CHRISTINA GREEN, the defendant, was charged with a violation of 18 U.S.C. § 1591 in a complaint dated March 10, 2016. The defendant was presented before Magistrate Judge Judith C. McCarthy on March 10, 2016, and the defendant was released on the following conditions: travel restricted to the Southern, Eastern and Northern Districts of New York; surrender travel documents and make no new applications; regular pretrial supervision; drug testing/treatment.

      3. Jason Ser, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case

ORIGINAL

without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

4. On August 12, 2016, I spoke with Mr. Ser, counsel for the defendant, who agreed on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

5. For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

6. Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on August 12, 2016.

Maurene Comey
Assistant United States Attorney