```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :    INFORMATION
                                   :
            - v. -                 :    16 Cr. 758 (KMK)
                                   :
CHRISTINA GREEN,                   :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - X
```

## COUNT ONE

(Transportation With Intent to Engage in Prostitution)

The United States Attorney charges:

1. In or about February 2016, in the Southern District of New York and elsewhere, CHRISTINA GREEN, the defendant, knowingly did transport an individual in interstate and foreign commerce, with intent that such individual engage in prostitution, and in sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, GREEN transported an individual (the "Minor Victim") between New York and Pennsylvania for the purpose of the Minor Victim engaging in prostitution, a criminal offense in violation of various provisions of the New York Penal Law and analogous statutes of Pennsylvania.

(Title 18, United States Code, Section 2421.)

*Preet Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CHRISTINA GREEN,

Defendant.

---

INFORMATION

16 Cr.

(18 U.S.C. § 2421.)

PREET BHARARA
United States Attorney

---